# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

**IBRAHIM ANYASS,**

    **Plaintiff,**

v.                                     **CASE NO: 7:24-cv-24-WLS**

**FBI**,

    **Defendant.**

## ORDER

On March 4, 2024, Plaintiff filed his Complaint (Doc. 1). The Complaint names "F.B.I." as the only Defendant. The docket does not reflect that a Summons has been issued.

Federal Rule of Civil Procedure 4(m) provides that:

> If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

The deadline to serve the Defendants was Monday, June 3, 2024. To date, it does not appear Plaintiff has issued a Summons nor served Defendant. Plaintiff has not filed a notice that service of process has been properly executed on Defendant or that service was waived.

Accordingly, the Court **ORDERS** Plaintiff to file evidence of returned Summonses executed or waived and/or show cause no later than **Tuesday, July 9, 2024**, why the Complaint should not be dismissed for failure to serve Defendant. Plaintiff is hereby noticed that failure to respond to or comply with this Order will subject this case to dismissal, without prejudice, as to any unserved Defendant, and without further notice or proceeding.

**SO ORDERED**, this 26th day of June 2024.

                                                /s/ W. Louis Sands
                                              **W. LOUIS SANDS, SR. JUDGE**
                                              **UNITED STATES DISTRICT COURT**